GIBNEY, ANTHONY & FLAHERTY, LLP
Brian W. Brokate, Esq. (BB 5830)
John Macaluso, Esq. (JM 2058)
Matthew W. Carlin, Esq. (MC 4902)
665 Fifth Avenue
New York, New York 10022
(212) 688-5151
Attorneys for Plaintiff
Louis Vuitton Malletier

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS VUITTON MALLETIER

Plaintiff,

-against-

VARIOUS JOHN DOES; JANE DOES; and XYZ COMPANIES,

Defendants.

CIVIL ACTION NO.

01 CV. 7809 (TPG)

NOTICE OF VOLUNTARY DISMISSAL

Louis Vuitton Malletier, the plaintiff in the above-captioned civil action, hereby voluntarily dismisses this action against Various John Does, Jane Does and XYZ Companies, the defendants in this action, without prejudice.

Dated: New York, NY
October 9, 2006

GIBNEY, ANTHONY & FLAHERTY, LLP

By: 
Brian W. Brokate
Attorneys for Plaintiff
665 Fifth Avenue
New York, New York 10022
(212) 688-5151
(212) 688-8315 – fax

So ordered
Thomas P. Griesa
USDJ
2/5/10